UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

J.H.,

                                             Plaintiff,

                  -against-

WILLIAM J. BRATTON, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK CITY POLICE DEPARTMENT ("NYPD"), THE NEW YORK POLICE DEPARTMENT, THE CITY OF NEW YORK, GENE POLYAK, JOSE QUINONES, IVAN WILLIAMS AND "JOHN DOES 1-10", AND SUPERVISORY, TRAINING AND POLICY PERSONNEL JANE/JOHN DOES 10-20,

                                            Defendants.
------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16 CV 2044 (PKC) (CLP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
           February 8, 2018

| | |
|---|---|
| ABOUSHI LAW FIRM, PLLC.<br>*Attorneys for Plaintiff*<br>1441 Broadway, Suite 5036<br>New York, NY 10018<br>(212) 391-8500<br><br>By: *[signature]*<br>Tahanie Aboushi<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>   City of New York<br>*Attorney for Defendants City of New York,*<br>   *The New York City Police Department,*<br>   *Bratton, Polyak, and Quinones*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: *[signature]*<br>Joshua J. Lax<br>*Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018

2